Elliot S. Blut, Esq. (SBN 162188)
BLUT LAW GROUP, APC
10100 Santa Monica Boulevard, Suite 300
Los Angeles, CA 90067
Telephone: (310) 203-0038
Facsimile: (310) 203-0048
eblut@blutlaw.com

Attorneys for Plaintiff, HOWARD EHRENBERG,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: DEBORAH SERRANO-COX,<br><br>Debtor,<br>_____<br><br>HOWARD EHRENBERG, Chapter 7 Trustee for the Bankruptcy Estate of Deborah Serrano-Cox,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS GRAHAM,<br><br>Defendant. | CASE NO. 2:14-bk-33008-DS<br><br>Chapter 7<br><br>ADV. NO. 2:15-ap       -DS<br><br>**COMPLAINT BY HOWARD EHRENBERG AGAINST THOMAS GRAHAM FOR FRAUDULENT CONVEYANCE [11 USC §§ 548, 550]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLAINTIFF HOWARD EHRENBERG, Chapter 7 Trustee for the Bankruptcy Estate of Deborah Serrano-Cox, by his undersigned attorneys, in support of his complaint to avoid and recover transfers against DEFENDANT THOMAS GRAHAM, alleges on information and belief as follows:

1

COMPLAINT FOR FRAUDULENT CONVEYANCE

# I.
# JURISDICTION

1. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§ 157(b) and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(I).

# II.
# VENUE

2. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1409 because the claims for relief presented herein arise from the underlying bankruptcy case of *In re Deborah Serrano-Cox*, Case Number 2:14-bk-33008-DS, United States Bankruptcy Court, Central District of California, which was filed as a Chapter 7 bankruptcy on December 15, 2014.

# III.
# SUMMARY OF THE CASE

3. This case seeks to avoid and recover transfers made during the year prior to Deborah Serrano-Cox's bankruptcy petition pursuant to 11 U.S.C. §§ 548 and 550. The transfers from Ms. Cox's company Pumpkin Brand Clothing, her company Lionsgate Holdings and her husband Michael Cox to DEFENDANT'S shell corporation Sweet Soliel were fraudulent conveyances to transfer funds away from her creditors.

# IV.
# PARTIES

4. PLAINTIFF HOWARD EHRENBERG is at all times relevant hereto was the Trustee for Deborah Serrano-Cox's Chapter 7 Bankruptcy.

5. PLAINTIFF is informed and believes, and based thereon alleges, that DEFENDANT is and at all times relevant hereto was, an individual residing in the County of Los Angeles, State of California.

COMPLAINT FOR FRAUDULENT CONVEYANCE

## V.

## **GENERAL ALLEGATIONS**

6. PLAINTIFF is informed and believes that DEFENDANT is the President and owner of a California corporation called Sweet Soliel.

7. On information and belief, Sweet Soliel is a shell company set up in order to receive funds from Deborah Serrano-Cox and divert them to its owners, officers and third parties.

8. PLAINTIFF is informed and believes and based thereon alleges that, at all times herein mentioned, DEFENDANT was acting as an agent and/or servant and/or employee and/or representative of Deborah Serrano-Cox, and, in doing the things herein alleged, was acting within the course and scope of such agency, service, employment, representation and with her permission and consent.

9. On October 4, 2013, Deborah Serrano-Cox, made a payment of $12,000 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1062.

10. On October 5, 2013, Deborah Serrano-Cox, made a payment of $500 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1061.

11. On November 13, 2013, Deborah Serrano-Cox, made a payment of $2,500 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1116.

12. On November 30, 2013, Deborah Serrano-Cox, made a payment of $2,500 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1063.

13. On December 28, 2013, Deborah Serrano-Cox, made a payment of $1,500 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1006.

COMPLAINT FOR FRAUDULENT CONVEYANCE

14. On January 3, 2014, Deborah Serrano-Cox, made a payment of $12,313 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1004.

15. On February 3, 2014, Deborah Serrano-Cox, made a payment of $12,800 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1086.

16. On April 1, 2014, Deborah Serrano-Cox, made a payment of $8,000 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1038.

17. On April 11, 2014, Michael Cox, husband of Deborah Serrano-Cox, made a payment of $8,000 to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 162.

18. On April 14, 2014, Deborah Serrano-Cox, made a payment of $12,200 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1042.

19. On April 16, 2014, Michael Cox, husband of Deborah Serrano-Cox, made a payment of $8,000 to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 161.

20. On April 21, 2014, Deborah Serrano-Cox, made a payment of $5,000 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1047.

21. On April 23, 2014, Deborah Serrano-Cox, made a payment of $5,000 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1048.

22. On May 5, 2014, Deborah Serrano-Cox, made a payment of $18,300 through her company Pumpkin Brand Clothing to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1050.

23. On May 17, 2014, Deborah Serrano-Cox, made a payment of $5,000 through her company Lionsgate Holdings to DEFENDANT through his shell company Sweet Soliel. See Exhibit 1, check number 1281.

24. All checks were deposited into Sweet Soliel's Citibank business account, number 2054214490. See Exhibit 1.

25. On information and belief, Sweet Soliel provided no consideration for any of these transfers of funds.

26. From Sweet Soliel's business account, checks were then written to several persons including to DEFENDANT personally, Gabriela Ruiz, the Secretary of Sweet Soliel and Michael Cox.

27. On information and belief, these transfers were made for the sole purpose of avoiding creditors in Deborah Cox's bankruptcy.

28. Deborah Cox filed her petition for bankruptcy on December 15, 2014.

## VI.

## FIRST CAUSE OF ACTION - CLAIM FOR RELIEF

### [11 U.S.C. §548]

29. PLAINTIFF incorporates all preceding paragraphs as if fully re-alleged herein.

30. As set forth above, on information and belief, the DEFENDANT, with the intent to hinder, delay and/or defraud Deborah Serrano-Cox's creditors, knowingly and willfully accepted the transfer of funds from Ms. Cox through her company Pumpkin Brand Clothing, her husband Michael Cox and her company Lionsgate Holdings within one year before the filling of her Petition.

31. Said transfers and distributions were made without receiving any consideration for the transfer. The debtor was engaged in a scheme to divert funds before her creditors could reach them.

32. The transfers were made to an insider and conspirator, DEFENDANT.

33. PLAINTIFF is informed and believes and on that basis alleges, that Deborah Serrano-Cox has a network of family and friends, who have agreed to hold and maintain her cash and other property in their names. Ms. Cox's husband is currently serving a prison sentence for bank fraud and other crimes.

## VII.
## SECOND CLAIM FOR RELIEF –RECOVERY OF TRANSFERS
### [11 U.S.C. §550]

34. PLAINTIFF incorporates all preceding paragraphs as if fully re-alleged herein.

35. DEFENDANT, as the owner and President of Sweet Soliel, is the initial transferee or mediate transferee of such initial transferee or the person for whose benefit the funds were fraudulently conveyed by Deborah Serrano-Cox.

36. DEFENDANT is an insider.

37. Fraudulent transfers total in the aggregate amount not less than $101,625. See "Exhibit 1" attached.

38. Pursuant to 11 U.S.C. § 550(a), PLAINTIFF is entitled to recover from DEFENDANT all funds fraudulently transferred, plus interest thereon to the date of payment and the costs of this action.

WHEREFORE, PLAINTIFF prays for judgment against DEFENDANT and that this Court grant the following relief on all causes of action.

    1. Return of all funds fraudulently conveyed

    2. Attorney's fees and costs

    3. All fees and costs incurred in the pursuit of this proceeding

///

///

1 |     4.    Any other such relief as the Court may deem just and proper

3 | Dated: August 10, 2015          BLUT LAW GROUP, APC

5 |          By    */s/ Elliot S. Blut*
                   Elliot S. Blut
                   Attorneys for Plaintiff,
                   HOWARD EHRENBERG, Chapter 7 Trustee

7

COMPLAINT FOR FRAUDULENT CONVEYANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Boulevard, Suite 300, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): _____
COMPLAINT BY HOWARD EHRENBERG AGAINST THOMAS GRAHAM FOR FRAUDULENT CONVEYANCE
[11 USC Sections 548, 550]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/12/2015_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ehrenbergtrustee@sulmeyerlaw.com; jwpeck@americanmoneygroup.com; eblut@blutlaw.com;
claims@recoverycorp.com; ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __08/12/2015_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman　　　　　　　　　Debora Serrano-Cox
Edward R. Roybal Federal Building and Courthouse　1419 Bookman Ave.
255 E. Temple Street, Suite 1334 / Courtroom 1339　Walnut, CA  91789
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/12/2015 | Richard Thompson | _____ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**